**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1723

KAMIL A. MESAYS,

Plaintiff - Appellant,

versus

DAVID H. HUGEL, ADMINISTRATOR MARYLAND MOTOR
VEHICLE ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Richard D. Bennett, District Judge.  (CA-
04-1570-RDB)

Submitted:  September 17, 2004        Decided:  October 18, 2004

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kamil A. Mesays, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kamil A. Mesays appeals the district court's order dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mesays v. Hugel, No. CA-04-1570-RDB (D. Md. May 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED